STATE OF CONNECTICUT *v.* ISMAEL NUNEZ

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 818 (AC 24752), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided May 24, 2006

JANCIS L. FULLER *v.* COMMISSIONER OF CORRECTION

The petitioner Jancis L. Fuller's petition for certification for appeal from the Appellate Court, 93 Conn. App. 736 (AC 26017), is denied.

*Jancis L. Fuller,* pro se, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided May 24, 2006

JOHN DOE ET AL. *v.* FRANK E. CARREIRO, SR.

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 626 (AC 25350), is denied.

*Averum J. Sprecher,* in support of the petition.

*Stephen M. Reck,* in opposition.

Decided May 24, 2006